

Littler Mendelson, PC
290 Broadhollow Road
Suite 305
Melville, NY 11747

Lisa M. Griffith
631.247.4709 direct
631.247.4700 main
631.850.5363 fax
lgriffith@littler.com

December 13, 2018

**VIA ECF**

Honorable Ann Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: *Cubias v. First Response Cleaning Corp., et al.*
Docket No. 18-cv-06021 (AMD)(ST)

Dear Judge Donnelly,

This firm represents Defendants First Response Cleaning Corp., The Coastal Group Inc., Carl Walsh and Charlotte Walsh with respect to the above-referenced matter. We write on behalf of both Parties to advise the Court that the Parties have agreed as follows: (1) this firm will accept service of the Summons and Complaint on behalf of all Defendants; and (2) Defendants' time to move against, answer, or otherwise respond to the Complaint will be extended to and including January 18, 2019. We respectfully request that Your Honor "So Order" this agreement between the Parties.

Thank you for the Court's consideration of this request.

Respectfully submitted,

Littler Mendelson, P.C.

/s/ Lisa M. Griffith

Lisa M. Griffith

cc: All attorneys of record (via ECF)

FIRMWIDE:160763734.1 089118.1003